IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR 09-191-S-BLW |
| | ) | |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| GUSTAVO CONTRERAS-QUINTERO, a/k/a | ) | |
| JOSE GUTIERREZ-GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 6, 2009, Defendant appeared before the undersigned United States

Magistrate Judge to enter a change of plea pursuant to a written plea agreement.

Defendant required and was provided an interpreter.  Defendant executed a written

waiver of the right to have the presiding United States District Judge take his change of

plea.  Thereafter, the Court explained to Defendant the nature of the charges, the

maximum penalties applicable,  his constitutional rights, the effect of the Sentencing

Guidelines, and that the District Judge would not be bound by any agreement of the

parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of Defendant

and his counsel, and counsel for the United States, the Court concludes that there is a

factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with

full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, this Court recommends that the District Court accept

Defendant's plea of guilty to Count One (1) of the Indictment (Docket No. 1).



DATED: **October 6, 2009**.

Honorable Larry M. Boyle
United States Magistrate Judge